1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIETTA M. PUGAL, an individual,<br><br>                                    Plaintiff,<br>vs.<br>AURORA LOAN SERVICES, INC., QUALITY LOAN SERVICE CORP., PREMIER BANCORP, HOMECOMINGS FINANCIAL NETWORK, INC. and DOES 1 through 20,<br><br>                                    Defendants. | **CASE NO. 09-CV-2260 H (JMA)**<br><br>**ORDER DENYING AS MOOT AURORA LOAN SERVICES' MOTION TO DISMISS** |

On October 13, 2009, Plaintiff Marietta Pugal filed a complaint against Defendants Aurora Loan Services, Inc. ("Aurora"), Quality Loan Service Corp., Premier Bancorp, and Homecomings Financial Network, Inc. (Doc. No. 1.) On November 10, 2009, Aurora filed a motion to dismiss Plaintiff's complaint. (Doc. No. 5.) On November 19, 2009, Aurora filed a motion to expunge lis pendens and for award of costs and attorneys' fees. (Doc. No. 6.) On December 21, 2009, Plaintiff filed an amended complaint. (Doc. No. 8.)

///
///

1  Accordingly, the Court denies as moot Aurora's motion to dismiss Plaintiff's complaint.
2  The hearing on Aurora's motion to expunge lis pendens shall remain set for January 4, 2010
3  at 10:30 a.m. in courtroom 13. The Court reserves the right to submit the motion on the papers
4  pursuant to Local Rule 7.1(d)(1) if appropriate.

5  **IT IS SO ORDERED**.

6  DATED: December 23, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

9  COPIES TO:
10 All parties of record